(HIN/S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS HIGGINBOTHAM,

        Plaintiff,

-against-

TRANSATLANTIC MEDIA, LTD.,
INDEPENDENT TELEVISION NEWS, LTD.,
BRITISH UNITED PROVIDENT
ASSOCIATION, LTD., and GARY WALKER,

        Defendants.

Civil Action No. 05-cv-7992(DC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/06

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties, through their undersigned attorneys, that this action be and hereby is dismissed with prejudice as against Defendants Independent Television News, Ltd., Transatlantic Media Ltd., and Gary Walker, with each party to bear its own costs.

April 7, 2006
New York, New York

MORRISON & FOERSTER LLP

By: _____
    J. Alexander Lawrence (JL-2831)
    Elizabeth M. Lynch (EL-8000)

1290 Avenue of the Americas
New York, New York 10104-0012
Telephone: (212) 468-8000

Attorneys for Plaintiff
Douglas Higginbotham

CHADBOURNE & PARKE LLP

By: _____
    Peter N. Hillman (PH-2936)
    Melissa J. LaRocca (ML-8807)

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100

Attorneys for Defendant
Independent Television News, Ltd.

ny-684879

SO ORDERED:

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Date: 6/21/06

ny-684879